ELIAS MARSHAK, Respondent, v. MICHAEL MICHAELOWITZ, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MARCUS M. McCULLOUGH, as Trustee in Bankruptcy, etc., Respondent, v. LOUISA AUDITORE, Defendant, Impleaded with FRANK AUDITORE, Appellant.— Motion to resettle order granted by fixing a day for continued examination. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

EDWARD C. McKINNEY, Appellant, v. CANADIAN PACIFIC RAILWAY COMPANY, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

EDITH MORRISON, Respondent, v. FEDERAL FOOD STORES, INC., Appellant.— Motion for stay of trial granted upon condition that appellant within five days file an undertaking, with sufficient sureties, conditioned for the payment of any judgment up to the amount of the verdict already rendered. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

NEPONSIT HOLDING CORPORATION, Respondent, v. PERCY I. ANSORGE, Appellant.— Motion for extension of time to answer the complaint granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

ISIDORE NUDELMAN, Respondent, v. PETER J. CAHILL and Another, Appellants.— Motion to resettle order denied, without prejudice to appellants' right to apply to the Special Term for leave to amend. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOSEPH F. O'HARA, Respondent, v. WESTCHESTER TRUST COMPANY, Appellant. JOSEPH F. O'HARA, Respondent, v. WESTCHESTER TRUST COMPANY, Appellant.— Motions to dismiss appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

TILLIE RADER, Respondent, v. ANNIE BENJAMIN, Appellant.— Motion to strike out portions of the record on appeal granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

SAMUEL RUSSO and Another, Respondents, v. JOHN G. LAVENDER and Another, Appellants.— Motion to resettle order granted so as to provide that the appeal be perfected and brought on for argument at the February term. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

BERTHA SCHIERMER, Respondent, v. F. ROEBLING GEYSER, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument on January 15, 1926. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THOMAS TISCHAN, as Administrator, etc., of CHARLES T. TISCHAN, Deceased, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.